

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00713-CR

John Derek **ALLEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. DC6678
Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is MODIFIED as follows:

1) under the heading "Degree of Offense" that reads "State Jail Felony," we MODIFY the language to read "3RD DEGREE FELONY";

2) under the heading "Punished Assessed by" that reads "Jury," we MODIFY the language to read "Court";

3) under the heading "Punishment and Place of Confinement" that reads "State Jail Division" we MODIFY the language to read "Institutional Division";

4) next to the entry of Sentence of Confinement Suspended, we MODIFY the language to read "Three (3) years" and note that checkbox should be checked; and

5) we delete the assessment of attorney's fees.

The trial court's judgment is AFFIRMED AS MODIFIED.

SIGNED April 28, 2021.

Rebeca C. Martinez, Chief Justice